[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-11680

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

CLARENCE BRENSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 2:18-cr-00203-JB-B-1

_____

2                        Opinion of the Court                   22-11680

Before WILSON, NEWSOM, and GRANT, Circuit Judges.

PER CURIAM:

Domingo Soto, appointed counsel for Clarence Brenson in his appeal from the revocation of his supervised release, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Brenson's revocation and sentence are **AFFIRMED**.